# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DARLENE RODGERS                                    PLAINTIFF

v.                     No. 3:17-cv-291-DPM

TAURA McDANIEL, Attorney Ad Litem;
VAL PRICE, Court Appointed Attorney;
RALPH WILSON, JR., Judge, Second
Judicial Circuit; MIKE GIBSON, Judge;
KATHERINE DEAN, Prosecutor; GRENEDA
JOHNSON, Former DHS Attorney; JEREMY
BLAND, Attorney; BRADLEY LAW FIRM;
DESTERNIE RICHMOND-SULLIVAN,
CASA Association; CHELSEA FIFI, Counsel
at Family Inc Counseling Services; TONYA
JONES, Case Manager/Supervisor;
SYLVIA WARE, Case Worker; OSCEOLA
POLICE DEPARTMENT; STEFANIE
SMITHEY, Principal; and TYLER
DUNEGAN, City Council                              DEFENDANTS

## INITIAL ORDER FOR *PRO SE* PLAINTIFFS

You filed this federal civil rights lawsuit without a lawyer's help. Even though you're not a lawyer, there are rules and procedures you must follow in your lawsuit.

**1. Follow All Court Rules.** You must comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas.    These    rules    are    available    online    at

http://www.uscourts.gov/rules-policies/current-rules-practice-procedure and http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules. In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs who aren't represented by a lawyer.

- If your address changes, you must promptly notify the Clerk and the other parties in the case. If you don't keep the Court informed about your current address, your lawsuit can be dismissed without prejudice.
- You must monitor the progress of your case and prosecute it diligently.
- You must sign all papers filed with the Court; and each paper you file must include your current address.
- If the Court issues an Order directing you to do something by a certain date, and you don't, then your case may be dismissed without prejudice.

**2. Service.** To get the case going forward, you must serve all defendants with the complaint and a summons within 90 days of filing your case. Fed. R. Civ. P. 4(m). You must prepare summons for each defendant; the Clerk of Court must issue the summonses that you prepare. Any defendant who is not served within 90 days can be dismissed, without prejudice, from the lawsuit.

**3. No Right to Appointed Counsel.** This is a civil case. Unlike in a criminal case, you have no right to an appointed lawyer. If your

case goes to a jury trial, though, the Court will appoint a lawyer to help you before trial.

**4. Do Not File Your Discovery Requests.** Discovery requests—like interrogatories and requests for documents—should not be filed with the Court. Instead, discovery requests should be sent to the Defendant's lawyer (or directly to the Defendant if he or she isn't represented by a lawyer).

**5. Only Send Documents to the Court in Three Situations.** You may send documents or other evidence to the Court only if (a) they are attached to a motion for summary judgment, (b) they are attached to your response to a motion for summary judgment, or (c) the Court orders you to send documents or other evidence.

**6. Provide a Witness List Before Trial.** If your case goes to trial, you'll be asked for a witness list as your trial date approaches. After reviewing the witness list, the Court will subpoena necessary witnesses for you.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017