IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARLENE RODGERS                                                    PLAINTIFF

v.                          No. 3:17-cv-291-DPM

TAURA McDANIEL, Attorney Ad Litem;
VAL PRICE, Court Appointed Attorney;
RALPH WILSON, JR., Judge, Second
Judicial Circuit; MIKE GIBSON, Judge;
KATHERINE DEAN, Prosecutor; GRENEDA
JOHNSON, Former DHS Attorney; JEREMY
BLAND, Attorney; BRADLEY LAW FIRM;
DESTERNIE RICHMOND-SULLIVAN,
CASA Association; CHELSEA FIFI, Counsel
at Family Inc. Counseling Services; TONYA
JONES, Case Manager/Supervisor;
SYLVIA WARE, Case Worker; OSCEOLA
POLICE DEPARTMENT; STEFANIE
SMITHEY, Principal; and TYLER
DUNEGAN, City Council                                             DEFENDANTS

ORDER

1. Rodgers requests more time to serve the defendants. № 4. She's been unable to do so because of illness. That's good cause to grant her motion and extend time for service until 12 March 2018.

2. Rodgers also requests appointed counsel. № 5; № 6; & № 7. The Court notes her concerns. But there's no right to an appointed lawyer in a civil case. № 3 at 2–3. All material things considered, her

motions for appointed counsel are denied. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). She should continue to seek her own lawyer.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 January 2018