# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DARLENE RODGERS                                                    PLAINTIFF

v.                          No. 3:17-cv-291-DPM

TAURA McDANIEL, Attorney Ad Litem;
VAL PRICE, Court Appointed Attorney;
RALPH WILSON, JR., Judge, Second
Judicial Circuit; MIKE GIBSON, Judge;
KATHERINE DEAN, Prosecutor; GRENEDA
JOHNSON, Former DHS Attorney; JEREMY
BLAND, Attorney; BRADLEY LAW FIRM;
DESTERNIE RICHMOND-SULLIVAN,
CASA Association; CHELSEA FIFI, Counsel
at Family Inc. Counseling Services; TONYA
JONES, Case Manager/Supervisor;
SYLVIA WARE, Case Worker; OSCEOLA
POLICE DEPARTMENT; STEFANIE
SMITHEY, Principal; and TYLER
DUNEGAN, City Council                                            DEFENDANTS

## ORDER

Rodgers's motion as supplemented, № 41 & 45, is partly granted and partly denied. The Court extends Rodgers's time to serve her complaint on elusive defendants until 28 March 2018 as requested. Rodgers also asks that the Court not dismiss any of the defendants. The Court can't make that decision yet. That part of the motion is denied. Rodgers has fourteen calendar days to respond after being served with

any motion to dismiss. LOCAL RULE 7.2(b); № 3 at 1–2. Three such motions have been filed in recent days. № 31, 34, & 44. Rodgers should respond on the merits to each in a timely fashion. And the Court will then decide each motion after hearing from both sides in their filings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 March 2018