# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKASNAS
# JONESBORO DIVISION

**DARLENE RODGERS**                                                                                   **PLAINTIFF**

**v.**                            **Case No. 3:17-cv-00291-KGB**

**TAURA MCDANIEL,** *et al*.                                                                    **DEFENDANTS**

## ORDER

While reviewing materials submitted by plaintiff Darlene Rodgers, who is currently proceeding *pro se*, the Court discovered that Ms. Rodgers has filed documents revealing certain personal identification information. The Court directs the Clerk to place these documents under seal (Dkt. No. 73). The Court cautions Ms. Rodgers that all unsealed documents she files become part of the public record. The Court requests that Ms. Rodgers refrain from filing documents containing photographs and personal identification information with the Court.

So ordered this the 21st day of May, 2018.

_____
Kristine G. Baker
United States District Judge