# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DARLENE RODGERS**                                                                                                    **PLAINTIFF**

**v.**                           **Case No. 3:17-cv-00291-KGB**

**TAURA MCDANIEL,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court addresses the status of this matter and several pending motions.

### I. Dismissal Without Prejudice of Ms. Rodgers' Claims

On August 17, 2018, the Court entered an Order directing plaintiff Darlene Rodgers to show cause no later than August 31, 2018, why this action against the five remaining defendants Katherine Dean, the Bradley Law Firm, Chelsea Fifi, Katherine Chlapecka, and Austin Porter, Jr., should not be dismissed for failure to serve process properly in this matter (Dkt. No. 83). Ms. Rodgers filed a response on August 29, 2018 (Dkt. No. 84). She filed a second response on September 10, 2018 (Dkt. No. 85).

In her first response, Ms. Rodgers argues that this Court should order the defendants to "pay out monetary damages with or without a trial and before a [sic] unreasonable, unlawful dismissal" (Dkt. No. 84., at 1). Ms. Rodgers argues that this Court should order the defendants to "stay at least one-hundreds [sic] feet away" from Ms. Rodgers or she will "continue more or increase [sic] suffering immediately and irreparable or intangible injuries, continue harm, defamation, discrimination, wounded pride, pains, fear of repetition, vexation, aggravated damages, emotional stress/distress damages" (*Id.*, at 2). In the response, Ms. Rodgers does not address the failure to serve process properly in this matter. Ms. Rodgers' second response was

untimely; however, the Court considered the filing (Dkt. No. 85). In her second response, Ms. Rodgers provides no explanation for the failure to serve defendants properly, or at all (*Id.*).

Because Ms. Rodgers does not address the failure to serve the remaining defendants properly, or at all, in either her first or second response to this Court's Order to show cause why this action should not be dismissed for failure to serve process properly in this matter, the Court dismisses without prejudice Ms. Rodgers' claims against Ms. Dean, the Bradley Law Firm, Ms. Fifi, Ms. Chlapecka, and Mr. Porter. As the Court has now dismissed all claims asserted by Ms. Rodgers for the reasons set out in the Court's prior and current Orders (Dkt. No. 82), the Court will enter judgment.

## II. Ms. Rodgers' Premature Notice Of Appeal

The Court notes that Ms. Rodgers filed a premature notice of appeal on September 12, 2018 (Dkt. No. 87). As of the time of Ms. Rodgers' filing her notice of appeal, the Court had not entered final judgment on all claims in Ms. Rodgers' case. As explained, with this Order, the Court will now enter judgment. Thus, if Ms. Rodgers wishes to appeal the dismissal of her case, the Court cautions her to file a timely notice of appeal or an amended notice of appeal once judgment has been entered by this Court. *See* Fed. R. App. P. 4 (setting forth the requirements for filing notice of appeal).

## III. Ms. Rodgers' Motion To Dismiss Motion For Leave To Appeal *In Forma Pauperis*

On September 12, 2018, Ms. Rodgers filed a motion for leave to appeal *in forma pauperis* (Dkt. No. 86). On September 28, 2018, Ms. Rodgers filed a motion to dismiss motion for leave to appeal *in forma pauperis* and notice of appeal payment (Dkt. No. 88). On October 1, 2018, Ms. Rodgers' paid the appeal fee of $505.00 (Dkt. No. 89). Therefore, the Court grants Ms. Rodgers'

motion to dismiss motion for leave to appeal *in forma pauperis*, and the Court denies as moot Ms. Rodgers' motion for leave to appeal *in forma pauperis* (Dkt. No. 86).

For the foregoing reasons, the Court dismisses without prejudice Ms. Rodgers' remaining claims. Having dismissed all of Ms. Rodgers' claims, the Court will enter a separate judgment. The Court grants Ms. Rodgers' motion to dismiss motion for leave to appeal *in forma pauperis*, and the Court denies as moot Ms. Rodgers' motion for leave to appeal *in forma pauperis*. As discussed *supra* by the Court, the Court cautions Ms. Rodgers to file a timely notice of appeal or amended notice of appeal once the Court enters judgment.

It is so ordered this 4th day of October, 2018.

Kristine G. Baker
United States District Judge