# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DARLENE RODGERS**                                                  **PLAINTIFF**

**v.**                    Case No. **3:17-cv-00291-KGB**

**TAURA MCDANIEL,** *et al.*                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on August 17, 2018 (Dkt. No. 82), and the Order entered this date, it is considered, ordered, and adjudged that plaintiff Darlene Rodgers' claims against defendants Taura McDaniel, Tonya Jones, Sylvia Ware, Judge Ralph Wilson, Jr., Judge Mike Gibson, Desternie Sullivan, Val Price, Greneda Johnson, and Dustin Jones are dismissed with prejudice, and Ms. Rodgers' claims against defendants Stefanie Smithey, Paul Rameriz, Tyler Dunegan, Christopher Ellis, Steve Weaver, the Osceola Police Department, Jeremy Bland, Katherine Dean, the Bradley Law Firm, Chelsea Fifi, Katherine Chlapecka, and Austin Porter, Jr., are dismissed without prejudice.

So adjudged this 4th day of October, 2018.

                                                      _____
                                                      Kristine G. Baker
                                                     United States District Judge